NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1015

KEVIN SNYDER, ET AL.

VERSUS

LAMAR AND/OR LAMAR ADVERTISING, ET AL.

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ACADIA, NO. 78,688
HONORABLE THOMAS DUPLANTIER, DISTRICT JUDGE

************

GLENN B. GREMILLION
JUDGE

************

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**APPEAL DISMISSED.**

**TRACY P. CURTIS**
**PERRET DOIS, APLC**
**Post Office Drawer 3408**
**Lafayette, LA 70502**
**Telephone (337) 262-9000**
**COUNSEL FOR LAMAR ADVERTISING OF LOUISIANA, LLC**

**MARIA A. LOSAVIO**
**LOSAVIO LAW OFFICE**
**Post Office Box 12420**
**Alexandria, LA 71315**
**Telephone (318) 767-9033**
**COUNSEL FOR KEVIN AND CHERYL SNYDER**

**CHARLES K. CHARRIER**
**CHARRIER & CHARRIER**
**Post Office Box 1007**
**Alexandria, LA 71309-1007**
**Telephone (318) 448-3952**
**COUNSEL FOR CHRISTOPHER AND MICHELLE PARKER**


**TROY BROUSSARD**
**ALLEN & GOOCH**
**Post Office Box 3768**
**Lafayette, LA 70502-3768**
**Telephone (337) 291-1000**
**COUNSEL FOR AMERICAN INSURANCE CO.**

**ROBERT J. YOUNG, III**
**YOUNG, RICHAUD & MYERS**
**Two Lakeway Center, Suite 1830**
**3850 N. Causeway Blvd.**
**Metairie, LA 70002**
**Telephone (504) 799-3500**
**COUNSEL FOR OHIO CASUALTY INSURANCE CO.**